1 | **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2 | Name  WEAVER        WILLIE
       (Last)            (First)        (Initial)

Prisoner Number  J-91389

Institutional Address  PELICAN BAY STATE PRISON
P.O. Box 7000 CRESCENT CITY, CA. 95531

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
(Enter the full name of plaintiff in this action.)

CV 07 6378 JW

vs.

RICK CREEK

_____

_____

_____
(Enter the full name of the defendant(s) in this action)

Case No. _____ (PR)
(To be provided by the Clerk of Court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement  P.S.C

B.  Is there a grievance procedure in this institution?
    YES (✓)    NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?
    YES (✓)    NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                                - 1 -

|   |   |
|---|---|
| 1 | 1. Informal appeal _____ |
| 2 | _____ |
| 3 | _____ |
| 4 | 2. First formal level_____ |
| 5 | _____ |
| 6 | _____ |
| 7 | 3. Second formal level_____ |
| 8 | _____ |
| 9 | _____ |
| 10 | 4. Third formal level _____ |
| 11 | _____ |
| 12 | _____ |

13  E.  Is the last level to which you appealed the highest level of appeal available to
14       you?
15              YES ( )     NO (✓)
16  F.  If you did not present your claim for review through the grievance procedure,
17  explain why.  STILL BEING PROCESSED
18  _____
19  _____
20  II.  Parties.
21  A.  Write your name and your present address. Do the same for additional plaintiffs,
22       if any.
23  WILLIE WEAVER  PELICAN BAY STATE
24  PRISON P.O. BOX 7000 CRESCENT CITY
25  CA, 95531
26  B.  Write the full name of each defendant, his or her official position, and his or her
27       place of employment.
28  CORRECTIONAL OFFICER RICH CREEK

COMPLAINT                     - 2 -

1
2
3
4
5  III.  Statement of Claim.
6       State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10 CORRECTIONAL OFFICER RICH CREEK
11 REFUSED TO PICK CONFIDENTIAL LEGAL
12 MAIL UP CASE NO. C-05-0932 JW PR
13 AND 1:06-CV-00993 OWW-DLB ON 11/11/07
14 SUNDAY NIGHT CORRECTIONAL OFFICER RICH
15 CREEK TOLD PLAINTIFF THAT TOMORROW
16 WAS A HOLLADAY WHICH WOULD BE
17 MONDAY 11/12/07 THERE IS NO HOLLADAY
18 ON 11/12/07 CORRECTIONAL OFFICER RICH CREEK
19 REFUSED TO PICK UP CONFIDENTIAL LEGAL
20 MAIL CORRECTIONAL OFFICER RICH CREEK
21 SHOWED DELIBERATE INDIFERENCE UNDER
22 THE EIGHT AMENDMENT THAT CONSTITUE
   CRUEL UNUSAL PUNISHMENT
23 IV.  Relief.
24      Your complaint cannot go forward unless you request specific relief. State briefly exactly
25 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26 LIABILITY DAMAGE $25,000 TWENTY
27 FIVE THOUSAND DOLLARS DUE TO CONSPIRACY,
28 HARRASSMENTS VIOLATION OF THE
   CONSTITUTION RIGHTS EIGHT AMENDMENT.

COMPLAINT                           - 3 -

1  PUNITIVE DAMAGE: 25,000 TWENTY
2  FIVE THOUSAND DOLLARS DUE TO MENTAL
3  ANGUISH, STRESS, SEVERE EMOTIONAL
4  DISTRESS POST TRAUMATIC STRESS DISORDER

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __11__ day of __11_____, 20_07_

_____Willie Weaver_____
(Plaintiff's signature)

COMPLAINT                             - 4 -