E-filing

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER

Plaintiff,

vs.

PELICAN BAY STATE PRISON

Defendant.

CASE NO. 6378

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

JW

(PR)

I, WILLIE WEAVER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS

- 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____SACRAMENTO, AIR PORT 250 WEEKLY____
5  _____1000 MONTHLY_____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                    Yes ____ No ✓
10         self employment
11    b.   Income from stocks, bonds,                 Yes ____ No ✓
12         or royalties?
13    c.   Rent payments?                             Yes ____ No ✓
14    d.   Pensions, annuities, or                    Yes ____ No ✓
15         life insurance payments?
16    e.   Federal or State welfare payments,         Yes ____ No ✓
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.    Are you married?                            Yes ____ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.   List amount you contribute to your spouse's support: $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?      Yes ___  No ✓

Estimated Market Value: $_____  Amount of Mortgage: $_____

6. Do you own an automobile?      Yes ___  No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___  No ✓  If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ___  No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No ✓  Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ___ No ✓

_____

8. What are your monthly expenses?

Rent: $ _____  Utilities: _____

Food: $ _____  Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
| --- | --- | --- |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

| | |
|---|---|
| 1 | 9. Do you have any other debts? (List current obligations, indicating amounts and to |
| 2 | whom they are payable. Do <u>not</u> include account numbers.) |
| 3 | _____ |
| 4 | _____ |
| 5 | 10. Does the complaint which you are seeking to file raise claims that have been presented |
| 6 | in other lawsuits? Yes ___ No ✓ |
| 7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in |
| 8 | which they were filed. |
| 9 | _____ |
| 10 | _____ |
| 11 | I consent to prison officials withdrawing from my trust account and paying to the court |
| 12 | the initial partial filing fee and all installment payments required by the court. |
| 13 | I declare under the penalty of perjury that the foregoing is true and correct and |
| 14 | understand that a false statement herein may result in the dismissal of my claims. |
| 15 | |
| 16 | 01/09/08                           Willip Weaver |
| 17 | DATE                              SIGNATURE OF APPLICANT |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 4 -