WILLIE
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA. 95531

CASE NO. CV-07-6378 JW (PR)

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

CONFIDENTIAL
LEGAL MAIL

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES