WILLIE WEAVER
J-91389 B.5-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



004217666
MAILED FROM ZI

CONFIDENTIAL
LEGAL MAIL

9411134825 C011

CASE NO, CV
JW PR OF
THE CLERK!
UNITED STAT
DISTRICT COURT
THE NORTHERN
GOLDEN GATE
SAN FRANCISCO