UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

May 21, 2008

**CASE INFORMATION:**
Short Case Title:  <u>WILLIE WEAVER</u>-v- <u>RICH CREEK</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>San Jose, Division, Judge James Ware</u>
Criminal and/or Civil Case No.: <u>CV 07-06378 JW  </u>
Date Complaint/Indictment/Petition Filed: <u>12/17/08</u>
Date Appealed order/judgment *entered* <u>4/11/08</u>
Date NOA *filed* <u>5/12/08</u>
Date(s) of Indictment  Plea Hearing  Sentencing
COA Status (check one):    ☐  granted in full (attach order)          ☐  denied in full (send record)
                           ☐  granted in part (attach order)          ☐  pending

Court Reporter(s) Name & Phone Number:
*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                        Date Docket Fee Billed: <u>5/21/08</u>
Date FP granted:                             Date FP denied: <u>2/29/08</u>
Is FP pending? ☐ yes  ☐ no                   Was FP limited ☐?
                                             Revoked ☐?

US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:
*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                          Appellee Counsel:
Willie Eugene Weaver
J-91389
Pelican Bay State Prison
5905 Lake Earl Drive
P. O. Box 7000
Crescent City, Ca 95531-7000
PRO SE
☐ retained  ☐ CJA  ☐ FPD  ☒ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                    9th Circuit Docket Number:
Name & Phone Number of Person Completing this Form: <u>Cindy Vargas</u>